UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dr. Jeffrey Carey, *et al.*,

    Plaintiffs,

v.

Whitehall Surgery Center, Ltd.
d/b/a Pickerington Surgery Center,
*et al.*,

    Defendants.

Case No. 2:23-cv-3774

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Defendants move to withdraw ECF No. 1 because some of the exhibits attached to it—ECF Nos. 1-2, 1-3, and 1-4 (the "Documents")—contain trade secret information that Defendants do not want on the public docket. ECF No. 18. "Withdrawing" a document does not remove it from public view. Accordingly, Defendants' motion to withdraw is **DENIED AS MOOT**.

Defendants alternatively ask that the Documents remain sealed. The Court recently outlined the standard for sealing documents, ECF No. 17, and incorporates that standard by reference here. Upon review of the Documents, the Court finds they contain secret business information that, if exposed, could give competitors an "inside view" into Whitehall Surgery Center, Ltd.'s business. In addition, at least one of the Documents contain personal banking information that could be exploited if it falls into the wrong hands. Finally, by sealing only a few exhibits that contain sensitive information, the sealing is narrowly tailored.

Accordingly, Defendants' motion to keep the Documents sealed is **GRANTED**. The Clerk shall terminate ECF No. 18 and ensure that ECF Nos. 1-2, 1-3, and 1-4 remain sealed indefinitely.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**